ADAM WANG (SBN 201233)
LAW OFFICES OF ADAM WANG
12 S FIRST STREET, SUITE 613
SAN JOSE, CA 95113
Tel:  408-292-1040
Fax:  408-292-1045
ATTORNEY FOR PLAINTIFFS

**FILED**

2008 FEB 15  P 3:53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

ADR

E-FILING

PVT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**C 08   00821   PVT**

Federico Quezada and Antonio Quezada,          )   Case No:
                                               )
          Plaintiffs,                          )   DEMAND FOR JURY TRIAL
                                               )
     vs.                                       )
                                               )
Responsible Roofing Inc., Paul Marvin Elmore   )
Jr., Paul Mears Elmore, Erick Landeros, David  )
Landeros, and DOES 1-10                         )
                                               )
          Defendants                           )
                                               )
                                               )
                                               )
                                               )
                                               )
                                               )

Plaintiffs demand a jury trial of causes of action alleged in their Complaint.

Dated:  February 5, 2008                        By:  /s/ Adam Wang
                                                     Adam Wang
                                                     Attorney for Plaintiffs