**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERICO QUEZADA, et al., | C 08-00821 PVT |
| *Plaintiff(s),* | |
| | **CLERK'S NOTICE RESCHEDULING** |
| | **CASE MANAGEMENT CONFERENCE** |
| vs. | |
| RESPONSIBLE ROOFING, INC., et al., | |
| *Defendant(s).* | |

Please take notice that the Case Management Conference previously scheduled for May 27, 2008 has been rescheduled for **June 10, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: April 14, 2008

/s/ Corinne Lew
Corinne Lew
DEPUTY CLERK