UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                    Plaintiff(s),           Case No.

                                            ADR CERTIFICATION BY PARTIES
                                            AND COUNSEL

       v.

                  Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                         _____
                                                     [Party] Responsible Roofing, Inc., Paul Marvin Elmore, Jr., Paul Mears Elmore, and David Landeros

Dated: _____                                        _____
                                                     [Counsel]

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."