UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                        CASE NO.
         Plaintiff(s),

       v.                            NOTICE OF NEED FOR ADR PHONE
                                        CONFERENCE

         Defendant(s).
_____/

                                            /NOT

Counsel report that they have met and conferred regarding ADR and that they:

☐    have not yet reached an agreement to an ADR process
☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                                                        _____
                                                                    Attorney for Plaintiff

Dated:_____                                                        _____
                                                                    Attorney for Defendant

Rev 12.05

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."