1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FEDERICO QUEZADA, et al., | ) | Case No.: C 08-00821 PVT |
| | ) | |
| Plaintiffs, | ) | **ORDER REFERRING PARTIES TO MEDIATION** |
| | ) | |
| v. | ) | |
| | ) | |
| RESPONSIBLE ROOFING, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the ADR phone conference held on May 22, 2008, the parties in the above-captioned action are referred to court-connected mediation.

IT IS SO ORDERED.

Dated: *June 3, 3008*

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*