UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/10/08

Court Reporter: FTR     Clerk: Corinne Lew

Case No: C 08-00821 PVT     Case Title: Fredrico Quezada  v.  Responsible Roofing, Inc.

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Adam Wang | Ernest Malasphina<br>Tracy E. Loftesness |

## PROCEEDINGS

<u>Pretrial Conferences:</u>  [ ] Initial     [ ] Status     [ ] Discovery

[ ] Settlement     [ ] Final

[ ] Other     **[X] Case Management Conference**

| <u>Pltf.</u> | <u>Deft.</u> | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted     [ ] Submitted     [ ] Settled

[ ] Denied     [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part     [ ] Off Calendar


[ X ] Parties referred to Court Mediation.  Pretrial Conference set for 7/21/09 at 2:00 p.m., Jury Trial set for 8/17/09 at 9:30 a.m.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion


cc: Mediation