UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FEDERICO QUEZADA, et al., | ) | Case No.: C 08-00821 PVT |
| Plaintiffs, | ) ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. | ) ) | |
| RESPONSIBLE ROOFING, et al., | ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 10, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the parties shall participate in mediation.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 30, 2009

Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . April 30, 2009

| | |
|---|---|
| 1 | Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 2009 |
| 2 | Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 29, 2009 |
| 3 | Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2 |
| 4 | Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . 10:00 a.m. on June 30, 2009 |
| 5 | Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on July 21, 2009 |
| 6 | Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on August 17, 2009 |

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated:   *June 11, 2008*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (06/10/08)."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28