ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, ET AL.<br><br>    Plaintiffs,<br><br>    vs.<br><br>RESPONSIBLE ROOFING, INC., ET AL.<br><br>    Defendants | Case No: C08-00821 PVT<br><br>VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO PAUL MEARS ELMORE AND ERICK LANDEROS |

    Pursuant to Fed. R. Civ. Pro. 41, Plaintiffs hereby voluntarily dismiss all claims against Paul Mears Elmore and Erick Landeros, without prejudice.

Dated:  July 21, 2008                             By:  /s/ Adam Wang
                                                           Adam Wang
                                                           Attorney for Plaintiffs

**VOLUNTARY DISMISSAL**
Quezada, et al. Responsible Roofing Inc., et al.
                                                       **1**                                             C08-00821 PVT