ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

Ernest M. Malaspina, Bar No. 187946
emalaspina@hopkinscarley.com
Tracy E. Loftesness, Bar No. 196988
tloftesness@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
Attorneys for Defendants
RESPONSIBLE ROOFING, INC., PAUL MARVIN ELMORE JR., PAUL MEARS ELMORE, and DAVID LANDEROS

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| FEDERICO QUEZADA, ET AL<br><br>          Plaintiffs,<br><br>     vs.<br><br>RESPONSIBLE ROOFING, INC., ET AL.<br><br>          Defendants | Case No.  C08-00821 PVT<br><br>STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION & ORDER |

Parties, through their respective counsel, stipulate to continue the deadline to complete mediation as follows:

1. This case was filed on February 5, 2008.

2. The Initial Case Management Conference was held on June 10, 2008.

3. On June 10, 2008, the Court referred this case the Court sponsored mediation.

4. On June 3, 2008, this Court referred the case to the Court connected mediation. Pursuant to ADR Local Rule 3-6, the deadline to complete the mediation is September 3, 2008.

5. On July 3, 2008, Honorable Susanne Nusbaum (Ret.) was appointed the mediator in this case.

6. On July 17, 2008, a pre-mediation was held. Parties, with the mediator consent, agreed to tentatively set the mediation on October 2, 2008 in order to allow time to conduct discovery.

7. As such, parties hereby respectfully request that the Court continue the deadline to complete mediation from September 3, 2008 to October 31, 2008.

DATED: July 21, 2008

By: /s/ Adam Wang
ADAM WANG
Attorneys for Plaintiffs

DATED: July 21, 2008

By: /s/ Ernest M. Malaspina              .
ERNEST M. MALASPINA
Attorney for Defendants

---

[PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: July __22__, 2008

By: _Patricia V. Trumbull_
Patricia V, Trumbull

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3  **C08-821 PVT**

**STIPULATION TO CONTINUE THE DEADLINE TO COMPLETE MEDIATION**
Quezada v Responsible Roofing, Inc., et al.